KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    Facsimile: (510) 637-3724
    Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> PATRICK NEW, <br>     Defendant. | No. CR-06-00488-MJJ <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

    IT IS HEREBY STIPULATED that the status hearing set for November 3, 2006, scheduled at 2:30 p.m. in San Francisco, California before the Honorable Martin J. Jenkins, be continued to December 1, 2006 at 2:00 p.m. in Oakland, California.

    Additional time is needed for review of discovery and investigation by the government to respond to defendant's additional discovery requests, and the defendant will require time to review any additionally-produced discovery by the government, and the ends of justice would be served by

1  the continuance and exclusion of time based on the need for effective preparation, taking into
2  account the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(iv).
4      For the foregoing reasons, the parties STIPULATE and AGREE that the ends of justice
5  served by the continuance requested herein outweigh the best interests of the public and the
6  defendant in a speedy trial because the failure to grant such a continuance would deny the parties the
7  reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence.

10  DATED:                                         /s/
                                    VINEET GAURI
11                                     Special Assistant United States Attorney

14  DATED:                                         /s/
15                                     JEROME MATTHEWS
                                    Attorney for Defendant

18      Based on the reasons provided in the stipulation of the parties above, the Court hereby
19  FINDS that the parties require additional time to investigate and review discovery. Accordingly, the
20  ends of justice served by a continuance outweigh the best interests of the public and the defendant in
21  a speedy trial because the failure to grant such a continuance would deny the parties the reasonable
22  time necessary for effective preparation, taking into account the exercise of due diligence, pursuant
23  to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

25      Based on these findings, IT IS HEREBY ORDERED THAT the status hearing set for
26  November 3, 2006, scheduled at 2:30 p.m. in San Francisco, California, before the Honorable Martin

1  J. Jenkins, be continued to December 1, 2006 at 2:30 p.m. in Oakland California, and that time is
2  excluded under the Speedy Trial Act from November 3, 2006 to December 1, 2006 based on the
3  need for the parties' effective preparation, taking into account the exercise of due diligence, pursuant
4  to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

5

6                          IT IS SO ORDERED.

7  DATED:  11/3/2006
8
9                          _____
                           HON. MARTIN J. JENKINS
10                         UNITED STATES DISTRICT JUDGE