**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK NEW,<br><br>    Defendant.<br>_____ / | No. CR 06-00488 MJJ<br><br>**ORDER REGARDING DEFENDANT'S MENTAL COMPETENCY** |

The Court makes the following findings regarding defendant's mental competency:

1. Defendant is found not competent to assist his attorney in the presentation of his defense and not competent to understand court proceedings;

2. Defendant is to be placed in the custody of the Attorney General for hospitalization in a suitable mental health facility until such time that he is found competent to assist in his defense and to stand trial; and

3. A further Status Conference in this matter is scheduled for August 24, 2007 at 2:30 p.m. in Oakland, California.

**IT IS SO ORDERED.**

Dated: April 19, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE