```
BARRY J. PORTMAN                          CHAMBERS COPY
Federal Public Defender                    JUDGE JENKINS
JEROME E. MATTHEWS                         DO NOT FILE
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PATRICK NEW
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06 00488 MJJ |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE |
| vs. ) | |
| PATRICK NEW, ) | |
| Defendant. ) | |

This matter currently is set for a status conference on August 31, 2007. Mr. New recently returned to the Bay Area after treatment and evaluation at the United States Medical Center in Springfield, Missouri. The parties are reviewing discovery and recent medical history, and discussing an appropriate resolution of this matter. AUSA Kirstin Ault is unable to attend the August 31, 2007, hearing, and the issues presented by this case demand that she be present in lieu of another representative from her office.

For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to September 14, 2007, for a further status conference. If the parties reach agreement upon an appropriate resolution of this matter, they will so notify the Court so that any disposition of the case may go forward on that date.

*United States v. New*, CR 06 00488 MJJ
Stip/Order                                  1

1  IT IS FURTHER STIPULATED AND AGREED that time under the Speedy Trial Act be
2  tolled until September 14, 2007, due to proceedings to determine Mr. New's mental competency,
3  continuity of government counsel, and effective preparation of Mr. New's defense. 18 U.S.C. §§
4  3161(h)(1)(A) and (h)(8)(B)(iv).

/S/

Dated: August ___, 2007
                                KIRSTIN AULT
                                Assistant United States Attorney

/S/

Dated: August 22, 2007
                                JEROME E. MATTHEWS
                                Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the status conference in this matter be continued to September 14, 2007, and that time be excluded under the Speedy Trial Act until that date, on the grounds set forth in the foregoing stipulation.

Dated: August 24, 2007
                                MARTIN J. JENKINS
                                United States District Judge

*United States v. New*, CR 06 00488 MJJ
Stip/Order                                              2