```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
 5
    Counsel for Defendant PATRICK NEW
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06 00488 MJJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| vs. | ) | |
| PATRICK NEW, | ) | |
| Defendant. | ) | |

This matter currently is set for a status conference on November 1, 2007. Mr. New recently returned to the Bay Area after treatment and evaluation at the United States Medical Center in Springfield, Missouri. In anticipation of resolution of this matter, the parties have agreed that Mr. New should be released from custody and placed in the residential treatment program at Bonita House, Inc., in Berkeley, California. Bonita House representatives must first interview Mr. New to determine his suitability for placement, and Pretrial Services requests that this Court issue an order to initiate this process. The parties do not believe that these steps can be accomplished prior to the November 1, 2007, status conference.

Therefore, IT IS STIPULATED AND AGREED that this matter be continued to November 9, 2007. Pretrial Services shall arrange for Mr. New to be interviewed by

*United States v. New*, CR 06 00488 MJJ
Stip/Order                                              1

1  representatives of Bonita House to determine his suitability for placement in their program.  This
2  matter shall be continued to November 9, 2007, at which time the parties will request that Mr.
3  New be released on bond and placed in Bonita House.
4       IT IS FURTHER STIPULATED AND AGREED that time under the Speedy Trial Act be
5  tolled until November 9, 2007, due to the need to review and organize those facts underlying the
6  present charge that are relevant to Mr. New's placement in Bonita House's program, all of which
7  is central to the effective preparation of Mr. New's defense.  18 U.S.C. §§ 3161(h)(1)(A) and
8  (h)(8)(B)(iv).
9       .

                                                /S/
11 Dated: October 31, 2007      _____
                                                KIRSTIN AULT
12                                              Assistant United States Attorney

                                                /S/
14 Dated: October 31, 2007      _____
                                                JEROME E. MATTHEWS
15                                              Assistant Federal Public Defender

16 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
17

18       Good cause appearing therefor, IT IS ORDERED that the status conference in this matter
19 be continued to November 9, 2007, and that time be excluded under the Speedy Trial Act until
20 that date, on the grounds set forth in the foregoing stipulation.  IT IF FURTHER ORDERED that
21 Pretrial Services have Mr. New interviewed by Bonita House, Inc., to determine his suitability
22 for placement in their program.

25 Dated: __11/01__, 2007      _____
                                                MARTIN J. JENKINS
26                                              United States District Judge

*United States v. New*, CR 06 00488 MJJ
Stip/Order                                              2