1    BARRY J. PORTMAN
     Federal Public Defender
2    JEROME E. MATTHEWS
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for Defendant PATRICK NEW
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. CR-06 00488 MJJ
                                        )
12                       Plaintiff,     )    STIPULATION AND [PROPOSED]
                                        )    ORDER RELEASING DEFENDANT
13   vs.                                )    FROM CUSTODY
                                        )
14   PATRICK NEW,                       )
                                        )
15                       Defendant.     )
     _____)
16

17        Patrick New presently is in custody on a single charge of being a felon in possession of a

18   firearm.  The parties agree that Mr. New should be released from custody to participate in an

19   inpatient, residential mental health and drug treatment program at Bonita House in Berkeley,

20   California.  There presently is no bed space available at the Bonita House facility, but space is

21   expected to become available within a one to two-week period.

22        IT IS THEREFORE STIPULATED AND AGREED that Patrick New be released from

23   custody and enrolled in the residential treatment program at Bonita House, Berkeley, California,

24   as soon as space to accommodate Mr. New becomes available.  Mr. New shall be subject to such

25   other conditions as Pretrial Services deems appropriate.

26

1

2

3    Dated: November 30, 2007                              /S/
                                        _____
4                                       KIRSTIN AULT
                                        Assistant United States Attorney
5

6                                                         /S/
     Dated: November 30, 2007          _____
7                                       JEROME E. MATTHEWS
                                        Assistant Federal Public Defender
8

9                          SIGNATURE ATTESTATION

10         I hereby attest that I have on file all holograph signatures for any signatures indicated by

11   a "conformed" signature (/S/) within this e-filed document.

12

13                                  **ORDER**

14         Good cause appearing therefor, IT IS ORDERED that Patrick New be released from

15   custody and enrolled in the residential treatment program at Bonita House, Berkeley, California,

16   as soon as space to accommodate Mr. New becomes available.  This order shall be lodged with

17   Magistrate Judge Brazil, and the parties shall notify Magistrate Judge Brazil when bed space

18   becomes available so that the U.S. Marshal Service may bring Mr. New to the Oakland Division

19   of this Court and be released at that time.  Mr. New shall be subject to such other conditions as

20   Pretrial Services deems appropriate.

21

22

23   Dated: _____, 2007          _____
                  12/05
24                                      MARTIN JENKINS
                                        United State
25

26

*United States v. New*, CR 06 00488 MJJ
Stip/Order                                    2

Judge Martin J. Jenkins