1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant PATRICK NEW
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    No. CR-06 00488 DLJ
                                      )
12                    Plaintiff,      )    STIPULATION AND  ORDER
                                      )    REASSIGNING CASE
13 vs.                                )
                                      )
14 PATRICK NEW,                       )
                                      )
15                    Defendant.      )
   _____)
16

17        The conviction underlying the pending Form 12 petition in this case is a Class A

18 misdemeanor over which the United States Magistrate Judge may exercise jurisdiction. The

19 parties, by and through their respective counsel, therefore STIPULATE AND AGREE that this

20 matter should be reassigned to the United States Magistrate Judge for all purposes.

21

22 Dated: March 4, 2011                    _____/s/_____
                                           KIRSTIN AULT
23                                         Assistant United States Attorney

24

25 Dated: March 4, 2011                    _____/s/_____
                                           JEROME E. MATTHEWS
26                                         Assistant Federal Public Defender

*United States v. New*, CR 06 00488 DLJ
*Release Order*                    1

1        Good cause appearing therefore, this matter is reassigned to the United States Magistrate
2   Judge for all purposes.

3

4   Dated: March  10 , 2011                                    _____
                                                              D. LOWELL JENSEN
5                                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26